■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL GODDARD, Appellant. [716 NYS2d 331] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered March 23, 1998, as amended May 6, 1998, convicting him of criminal possession of a controlled substance in the first degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment, as amended, is affirmed.

Contrary to the defendant's contention, the Supreme Court properly denied suppression of a handgun and cocaine seized from him by the police (*see, People v De Bour,* 40 NY2d 210; *People v Robinson,* 271 AD2d 17; *People v Ortiz,* 265 AD2d 579; *People v Silver,* 178 AD2d 499).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is without merit. Bracken, J. P., Ritter, Friedmann and Florio, JJ., concur.